USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2303  UNITED STATES, Appellee, v. SINH VAN TA, A/K/A AH SINH, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ____________________ Before Torruella, Chief Judge, Stahl and Lynch, Circuit Judges. ____________________ Paul M. Yee on brief for appellant. Donald K. Stern, United States Attorney, and Kevin P. McGrath, Assistant United States Attorney, on brief for appellee. ____________________ April 11, 1997 ____________________ Per  Curiam.   Upon  careful review of the briefs and record, we perceive no clear error in the district court's determination that the 2-level adjustment under U.S.S.G. S 3B1.1(c) should apply to appellant. The determination that appellant  managed  at  least one of his co-defendants in the drug transactions  was  adequately supported by the facts presented to the district court. The district court was not required to adopt  appellant's interpretation of those facts, and, further, even  if  appellant  himself were subject to management by others, the S 3B1.1(c) adjustment was applicable nonetheless. See United States v. Andujar, 49 F.3d 16, 25 (1st Cir. 1995). Affirmed. See 1st Cir. Loc. R. 27.1. -2-